UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONNA HEDGES,

           Plaintiff,

   - against -

RANDOLPH ENGINEERING, INC.,

           Defendant.

---

23-cv-2836 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On May 15, 2023, pursuant to the parties' stipulation, the Court extended the time for the defendant to respond to the complaint to **June 16, 2023**. ECF No. 9. The defendant still has not responded to the complaint. The time to do so is extended once more to **June 30, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **July 14, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
           June 23, 2023

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge