UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DONNA HEDGES,
                    Plaintiffs,

        - against -                         23-cv-2836 (JGK)

RANDOLPH ENGINEERING, INC.,                 ORDER
                    Defendant.
_____

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have

settled this action, it is, on this 29th day of June, 2023,

hereby ordered that this matter be discontinued with prejudice

but without costs; provided, however, that within 45 days of the

date of this order, counsel for the plaintiff may apply by

letter for restoration of the action to the calendar of the

undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five

(45) days of this order; any application to reopen filed

thereafter may be denied solely on that basis. Further, if the

parties wish for the Court to retain jurisdiction for the

purpose of enforcing any settlement agreement, they must submit

the settlement agreement to the Court within the same forty-

five-day period to be so-ordered by the Court. Unless the Court

orders otherwise, the Court will not retain jurisdiction to

enforce a settlement agreement unless it is made part of the

public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**      **New York, New York**
               **June 29, 2023**

John G. Koeltl
United States District Judge